The People of the State of New York, Respondent, v Pablo Goico, Appellant. [756 NYS2d 816] —Appeal from a judgment of Oneida County Court (Donalty, J.), entered August 7, 2001, convicting defendant after a jury trial of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him of criminal possession of a weapon in the third degree (Penal Law § 265.02 [former (4)]) and sentencing him to a determinate term of incarceration of seven years followed by a three-year period of postrelease supervision. We reject defendant's contention that County Court was obligated to conduct a *Rodriguez* hearing (*see People v Rodriguez*, 79 NY2d 445, 451-453 [1992]) in addition to the *Wade* hearing conducted by the court. We reject defendant's further contention that the photo array procedure was unduly suggestive (*see People v Merriweather*, 298 AD2d 950 [2002], *lv denied* 99 NY2d 561 [2002]; *People v Bell*, 265 AD2d 813 [1999], *lv denied* 94 NY2d 916 [2000]). Finally, we conclude that the sentence is not unduly harsh or severe. Present—Wisner, J.P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.